BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KEITH E. GUY,<br><br>　　　　　　　Respondent. | 1:12-cv-01591-LJO-BAM<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Date:  June 17, 2013<br>Time:  **8:15 a.m.  New Time**<br>Crtm:  4, 7th Floor<br>Honorable Judge Lawrence J. O'Neill |

　　　Upon the Petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the Declaration of Revenue Officer David M. Lopez, it is hereby:

　　　ORDERED that the Respondent, KEITH E. GUY, appear before United States District Judge Lawrence J. O'Neill, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on June 17, 2013, at **8:15 a.m.**, and that Respondent show cause as follows:

　　　1.　　Why Respondent, KEITH E. GUY, should not be held in civil contempt of this Court for his failure to comply with the Order filed December 12, 2012, directing Respondent to comply with the I.R.S. Summons issued on July 27, 2012.

///

///

ORDER TO SHOW CAUSE
RE:  CIVIL CONTEMPT

1

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written Response to the United States' Petition Re: Civil Contempt of Order Adopting Magistrate Judge's Findings and Recommendations Enforcing I.R.S. Summons filed December 12, 2012.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the United States' Petition Re: Civil Contempt of Order Adopting Magistrate Judge's Findings and Recommendations will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:   **May 14, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                              UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE
RE:  CIVIL CONTEMPT

2