

1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Petitioner United States of America
7
8                    IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,           1:12-cv-01591-LJO-BAM

12                    Petitioner,       ORDER FINDING ESPONDENT
                                        IN CIVIL CONTEMPT OF
13        v.                            ORDERS FILED DECEMBER 12,
                                        2012, AND MAY 14, 2013
14  KEITH E. GUY,

15                    Respondent.

16

17      1.    This matter came before me on June 17, 2013, under the Contempt Order to

18  Show Cause filed May 14, 2013.  Assistant United States Attorney Yoshinori H. T. Himel

19  and investigating Revenue Officer Antonio Enciso [~~David M. Lopez~~] were present.  Respondent did not file

20  opposition to contempt and did not appear at the show-cause hearing.  Based upon the entire

21  record and oral proceedings, I make the following findings:

22      2.    By Order filed December 12, 2012, I enforced an IRS summons issued July 27,

23  2012, directed to the respondent, Keith E. Guy, and seeking testimony, books, checks,

24  records, papers and other data to aid RO Lopez' investigation to determine financial

25  information relevant to the IRS' efforts to collect Form 1040 delinquent taxes for the tax

26  years ending December 31, 2004, December 31, 2005, December 31, 2006, December 31,

27  2007, December 31, 2008, December 31, 2009, December 31, 2010, and December 31, 2011.

28  I ordered respondent to meet with the investigating Revenue Officer on the 21st day after

issuance of the Order, or at a time and date to be set in writing by the Revenue Officer, or at the agreed time of December 31, 2012, at 10:30 a.m., and to produce all testimony, books, records, and other data demanded by the IRS summons issued July 27, 2012.

3. On December 4. 2012, the Revenue Officer wrote the respondent confirming the compliance date of December 31, 2012, at 10:30 a.m., in the Fresno IRS Office, as agreed by respondent.

4. The respondent appeared but failed to bring any of the documents demanded by the IRS Summons.

5. On January 11, 2013, Assistant U.S. Attorney Yoshinori H. T. Himel wrote to Respondent setting a further opportunity for compliance for January 24, 2013, at 9:00 a.m. in the Fresno IRS Office.

6. The respondent telephoned Revenue Officer Lopez and told him he doesn't have any of the requested "tax forms" and would not be appearing.

7. The respondent failed to appear for the appointment.

8. On May 13, 2013, Petitioner filed a Petition for Contempt of Order Filed December 12, 2012. This Court's Order filed May 14, 2013, required respondent to appear before this Court on June 17, 2013, at 8:15 a.m., and show cause as to why he should not be held in contempt for failure to comply with the Order filed December 12, 2012. This order further set a date certain for a written response by the respondent. This order was duly served by mail on the respondent.

9. Respondent failed to file a written response, and failed to appear at the hearing.

10. Respondent's failure to comply with the Orders filed December 12, 2012 and May 14, 2013, continues to the present.

11. "A court has the inherent power to punish for civil or criminal contempt any obstruction of justice relating to any judicial proceeding." Lambert v. Montana, 545 F.2d 87, 88 (9th Cir. 1976). Petitioner has the burden of proving its prima facie case by clear and convincing proof. Balla v. Idaho State Bd. Of Corrs., 869 F.2d 461, 466 (9th Cir. 1989).

12. By the Petition for Contempt and supporting documents, including the declaration of David M. Lopez, Petitioner has met this burden.

13. Based upon the foregoing, I find, order and adjudge as follows:

   A. Respondent, KEITH E. GUY, is IN CIVIL CONTEMPT of this Court for his failure to comply with the Order filed on December 12, 2012, directing Respondent to comply with the IRS summons issued July 27, 2012, and with the Order filed May 14, 2013, ordering respondent to appear before me for the trial of his contempt.

   B. A *No Bail* Bench Warrant for the arrest of Respondent, KEITH E. GUY, will issue.

   C. After arrest, Respondent, KEITH E. GUY, is to be incarcerated and brought before me for hearing on the remedies for his civil contempt.

14. It is SO ORDERED.

Dated: June 17, 2013

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE