IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>KEITH E. GUY,<br><br>              Defendant.<br>_____/ | CASE NO. CV F 12-1591 LJO BAM<br><br>**ORDER TO SET FURTHER CIVIL CONTEMPT HEARING**<br><br>**Date:** August 5, 2013<br>**Time:** 8:15 a.m.<br>**Dept.:** 4 (LJO) |

    Pursuant to a June 17, 2013 arrest warrant, defendant Keith E. Guy ("Mr. Guy") was taken into custody and appeared before this Court at a June 21, 2013 civil contempt hearing. The United States of America appeared by Assistant U.S. Attorney Jeffrey Lodge. After the parties' on record and off record discussions and on the basis of good cause, this Court:

    1.    RELEASES Mr. Guy from custody;

    2.    ORDERS Mr. Guy to meet with the designated Internal Revenue Service ("IRS") representative on July 31, 2013 at 9 a.m. at IRS offices at 2525 Capitol Street, Suite 206, Fresno, CA 93721, at which time Mr. Guy shall be prepared and will answer questions and provide information, documents, data and other materials required by the IRS summons issued to him;

    3.    ORDERS Mr. Guy to keep in contact and to cooperate with the designated IRS

1 representative until released of such order by this Court; and

2     4. SETS a hearing for August 5, 2013 at 8:15 a.m. in Department 4 (LJO) to address the status of Mr. Guy's compliance with the IRS summons issued to him and whether Mr. Guy should be held in contempt, including issuing a bench warrant for his arrest and/or immediate incarceration.

Mr. Guy must obey completely this order and provide full compliance. This Court will not excuse disobedience of this order and will not accept mere substantial compliance with this order.

IT IS SO ORDERED.

Dated:   **June 21, 2013**        /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE