

FILED

JUN 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 1:12-CV-01591-LJO BAM |
| vs. | ORDER OF RELEASE |
| KEITH E. GUY | |
| Defendant. | |

IT IS HEREBY ORDERED that Keith E. Guy shall be released FORTHWITH. Defendant is ORDERED to appear at the Internal Revenue Service Office on Capital Street, July 31, 2013 at 9:00AM.

Defendant is also ORDERED to comply with Internal Revenue Service agents. Defendant is ORDERED to appear back in this court on August 5, 2013 at 8:15AM in courtroom 4 on the 7th floor before US District Judge Lawrence J.O'Neill.

DATED: 6-21-13

ANTHONY W. ISHII
U.S. District Judge