IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEITH E. GUY,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 12-1591 LJO BAM<br><br>**ORDER TO SET FURTHER CIVIL CONTEMPT HEARING**<br><br>Date:　August 19, 2013<br>Time:　8:15 a.m.<br>Dept.:　4 (LJO) |

　　　This Court conducted an August 5, 2013 further civil contempt hearing. Plaintiff United States of America ("Government") appeared by Assistant U.S. Attorney Jeffrey Lodge. Pro se defendant Keith E. Guy ("Mr. Guy") appeared in person. Based on discussion with the parties and good cause, this Court:

　　1.　ORDERS Mr. Guy, no later than August 16, 2013, to file outstanding tax returns and to submit requested documents and information to the Internal Revenue Service ("IRS");

　　2.　ORDERS Mr. Guy to keep in contact and to cooperate with the designated IRS representative until released of such order by this Court;

　　3.　SETS a further hearing for August 19, 2013 at 8:15 a.m. to address the status of Mr. Guy's compliance with the IRS summons issued to him, filing of tax returns, and whether Mr. Guy should be held in contempt, including issuing a bench warrant for his

1  arrest and/or immediate incarceration.  The August 16, 2013 hearing will be vacated if
2  the Government informs this Court that Mr. Guy has satisfied IRS requirements.
3  Mr. Guy must obey completely this order and provide full compliance.  This Court will not
4 excuse disobedience of this order and will not accept mere substantial compliance with this order.

IT IS SO ORDERED.

**Dated:   August 5, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE