1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone:  (916) 554-2760
5  Facsimile:  (916) 554-2900
   email: yoshinori.himel@usdoj.gov
6
   Attorneys for Petitioner United States of America
7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            **1:12-cv-01591-LJO-BAM**

12            Petitioner,                **PETITIONER'S NOTICE OF
                                         COMPLIANCE , REQUEST TO**
13       v.                              **VACATE HEARING; ORDER
                                         CLOSING FILE**
14  KEITH E. GUY,

15            Respondent.                **Taxpayer: KEITH E. GUY**

16

17  TO THIS HONORABLE COURT:

18       PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently

19  complied with the summons enforced here.  Therefore Petitioner requests that the further

20  civil contempt hearing set for August 19, 2013, be vacated, and that the case be closed.

21

22  Date:  August 14, 2013              BENJAMIN B. WAGNER
                                        United States Attorney
23
                                   By:  */s/ YHimel*
24                                      YOSHINORI H. T. HIMEL
                                        Assistant United States Attorney
25

26

27  PETITIONER'S NOTICE OF COMPLIANCE, REQUEST TO                     Page 1
    VACATE HEARING; ORDER CLOSING FILE
28

## ORDER

Upon Petitioner's notice, good cause appearing, the hearing set for August 19, 2013, is VACATED.

The Clerk shall close this file.

IT IS SO ORDERED.

**Dated:   August 14, 2013**          /s/  **Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE