BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>KEITH E. GUY,<br><br>        Respondent. | 1:12-cv-01591-LJO-BAM<br><br>**PETITIONER'S NOTICE OF COMPLIANCE , REQUEST TO VACATE HEARING; ORDER CLOSING FILE**<br><br>**Taxpayer: KEITH E. GUY** |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  Therefore Petitioner requests that the further civil contempt hearing set for August 19, 2013, be vacated, and that the case be closed.

Date:  August 14, 2013

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                         By:    */s/ YHimel*
                                YOSHINORI H. T. HIMEL
                                Assistant United States Attorney

## ORDER

Upon Petitioner's notice, good cause appearing, the hearing set for August 19, 2013, is VACATED.

The Clerk shall close this file.

IT IS SO ORDERED.

Dated:   **August 14, 2013**          /s/  Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE